

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00453-CV

Christopher **HUGHES**,
Appellant

v.

Christina **HUGHES**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 22823A
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the final decree of divorce is AFFIRMED.

It is ORDERED that Appellee Christina Hughes recover her costs on appeal from Appellant Christopher Hughes.

SIGNED July 23, 2025.

_____
Adrian A. Spears II, Justice